COURT NOTIFICATION OF ARREST OF RELEASEE

| | | |
|---|---|---|
| TO: | Honorable Stephen C. Robinson<br>U.S. District Judge<br>Sentencing Judge: Cameron M. Currie-District of South Carolina-Dkt:4:00CR00064-01 | OFFENSE: Possession with Intent to Distribute Cocaine Base (Crack Cocaine) (21 USC 846 & 21:841(a)(1) & 18:2 |
| | | ORIGINAL SENTENCE: Sixty-five (65) months imprisonment and five (5) years supervised release. |
| FROM: | Anthony Macchia<br>U.S. Probation Officer | SPEC. CONDITIONS: 1)Shall participate in a program for substance abuse as directed by Probation;2)Shall provide Probation with access to any requested financial information; 3)Shall attend, participate and successfully complete any program of self-help or training deemed appropriate and necessary by Probation. |
| | | AUSA: Rose Mary Parham |
| RE: | Gaston, Todd<br>Dkt.:7:08 CR00048 (SCR) | MAXIMUM EXPIRATION DATE:<br>December 29, 2009 |

DATE OF SENTENCE:  December 14, 2000

DATE:  May 9, 2008

ATTACHMENTS:   PSI X    JUDGMENT X

MAY 0 9 2008
CHAM3ERS OF
STEPHEN C. ROBINSON
U.S.D.J.

### Status Update Re: Notification of Arrest

The purpose of this memo is to inform the Court that Todd Gaston was arrested as detailed below.

On January 24, 2008, based on the anticipation of violation action, Gaston's jurisdiction of supervision was transferred from the District of South Carolina-Florence Office to the Southern District of New York, under the jurisdiction of Your Honor.

On April 9, 2008, Gaston was arrested by the Federal Bureau of Investigation and charged with Conspiracy to Distribute Cocaine Base (21 USC 841(a)(1) and 21 USC 846 & 841(b)(1)(A)(iii)) and Conspiracy to Distribute Cocaine (21 USC 841(a)(1) and 21 USC 846 & 841(b)(1)(A)(ii)(II).

NY 466



USDC SDNY
DOCUMENT
ELEC...
DO...
DA...

Count One of the indictment charges that between August 2006 and March 21, 2008, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, Gaston and other codefendants, did knowingly and intentionally conspire to distribute and possess with the intent to distribute a controlled substance, which offense involved fifty (50) grams or more of a substance containing cocaine base. Count Two charges that between August 2006 and March 21, 2008, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, Gaston and other codefendants, did knowingly and intentionally conspire to distribute and possess with the intent to distribute a controlled substance, which offense involved five (5) kilograms or more of a substance containing cocaine.

At Gaston's initial court appearance in the Eastern District of New York before U.S. Magistrate Judge James Orenstein, the releasee pled not guilty and he was remanded. The case has been assigned to U.S. District Judge Dora Lizette Irizarry.

NY 466

At this time, we would request that the aforementioned court case be adjudicated before our office moves forward with violation action. We have however, included a location for Your Honor to respond.

**************************************************************************

Respectfully submitted,

CHRIS J. STANTON
Chief U.S. Probation Officer

Anthony Macchia
U.S. Probation Officer
(914) 390-4042

AM
Attachments

Approved by:

_____  5/9/08
Edward Johnson     Date
Supervising U.S. Probation Officer

**Judicial Response**

✓   Allow for the aforementioned court case to be adjudicated before our office moves forward with violation action.

___ Other_____

_____
Honorable Stephen C. Robinson   5/13/08
U.S. District Judge

NY 466